UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Michael Mehan and Kristine Mehan | **Case No :** | 10-45197 - C - 7 |
| | | **Date :** | 11/2/10 |
| | | **Time :** | 09:30 |
| **Matter :** | [9] - Motion/Application to Compel Abandonment [DBJ-1] Filed by Joint Debtor Kristine Mehan, Debtor Michael Mehan (Fee Paid $150) (jtis) | | UNOPPOSED |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney - Douglas B. Jacobs
**Respondent(s) :**
None

MOTION was :
Withdrawn by moving party